UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PRIME PROPERTY & CASUALTY INSURANCE, INC.,**<br><br>                              **Plaintiff,**<br><br>v.<br><br>**FREIGHTWAY LOGISTICS, LLC,**<br>**et al.,**<br><br>                              **Defendants.** | **Civil Action No. 18-15681 (JMV)** |

   **IT IS** on this 30th day of January, 2020

   **ORDERED** that there shall be an in-person status/settlement conference before the Undersigned on **February 25, 2020** at **10:00 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Courtroom 9, Newark, New Jersey. **All counsel and parties whose claims were not settled on January 23, 2020 are required to attend the conference in person and be present and available all day**. Failure to attend may result in the imposition of sanctions. See Fed. R. Civ. P. 16(f), 37. There shall be no adjournments absent extraordinary circumstances; and it is further

   **ORDERED** that the parties are directed to submit confidential settlement statements, double-spaced and not to exceed five (5) pages, to the Undersigned on or before **February 21, 2020**.

                                                                       /s/ Mark Falk
                                                                       **MARK FALK**
                                                                       **Chief U.S. Magistrate Judge**