# Kennedys CMK

February 25, 2020

<u>Via ECF</u>

Hon. John Michael Vazquez, USDJ
U.S. District Court, District of New Jersey
1 Federal Square
Court Room PO 03
Newark, NJ 07102

120 Mountain View Boulevard
Post Office Box 650
Basking Ridge
New Jersey 07920

T +1 908.848.6300
F +1 908.647.8390

**www.kennedyslaw.com**

908-848-1227

Eduardo.DeMarco@kennedyslaw.com

> **Re:  Notice of Settlement in Accordance With Local Civil Rule 41.1(b)**
> Prime Property & Casualty Ins. Inc. v. Freightways Logistics, LLC, et al
> Case No.: 2:18-C-15681 JMV-MF

Dear Judge Vazquez,

We represent Plaintiff, Prime Property & Casualty Insurance Inc., in the above captioned matter.

We write to notify the Court that this case has been settled and, therefore, that a 60-day order must be entered administratively terminating the case and any pending motions in accordance with Local Civil Rule 41.1(b).  There is a pending Motion to Dismiss filed by Defendant Certain Underwriters, currently returnable on March 2, 2020, that must be administratively terminated pursuant to Local Rule 41.1.(b).

Thank you for Your Honor's attention to this matter.

Respectfully,

*/s/ Eduardo DeMarco*

David M. Kupfer
Eduardo DeMarco
Kennedys CMK LLP

Kennedys is a trading name of Kennedys CMK LLP. Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP

*Kennedys offices, associations and cooperations:*  Argentina, Australia, Belgium, Bermuda, Brazil, Chile, China, Colombia, Denmark, Dominican Republic, England and Wales, France, Guatemala, Hong Kong, India, Ireland, Israel, Italy, Mexico, New Zealand, Northern Ireland, Norway, Pakistan, Panama, Peru, Poland, Portugal, Puerto Rico, Russian Federation, Scotland, Singapore, Spain, Sweden, Thailand, United Arab Emirates, United States of America.